# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

October 2, 2015

Lyle W. Cayce
Clerk

No. 14-50408
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LAZARO JULIAN VIANA ECHEVERRIA, also known as El Cubano, also known as Cubanito,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:13-CR-1344-17

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Lazaro Julian Viana Echeverria has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Echeverria has not filed a response.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-50408

During the pendency of this appeal, Echeverria completed his six-month term of imprisonment. His release from custody renders moot any challenge to the term of imprisonment. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382 (5th Cir. 2007).

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot, *see Rosenbaum-Alanis*, 483 F.3d at 383.